| | |
|---|---|
| 1 | JAMES HUNT MILLER (CA BAR # 135160) |
| 2 | P.O. Box 10891<br>Oakland CA 94610 |
| 3 | (510) 451-2132<br>FACS: (510) 451-0824 |
| 4 | E-Mail: jimillaw@rcn.com |
| 5 | Attorney for Plaintiff |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERESA S. LEE, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV NO 05-04638 SC |
| | ) | STIPULATION AND ORDER |
| JOANNE B. BARNHART, | ) | FOR EXTENSION OF TIME |
| COMMISSIONER OF SOCIAL | ) | IN WHICH TO FILE PLAINTIFF'S |
| SECURITY, | ) | MOTION FOR SUMMARY |
| | ) | JUDGMENT AND/OR REMAND |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, subject to approval of the Court, that Plaintiff may have an extension of 30 days, or from March 27, 2006 (including time for service and a weekend day) to April 26, 2006, in which to file her Motion for Summary Judgment and/or Remand.  This is Plaintiff's first request for an extension for this filing, which is occasioned by last minute required changes in counsel's current work scheduling.

DATE: 03/27/06                              /s/_____
                                            James Hunt Miller
                                            Attorney for Plaintiff

*Stip/Order Pf's xtn - Lee v Comm'r SSA C-05-4638 SC*

1 | DATE: 03/28/06                      Kevin V. Ryan
United States Attorney

2

3                                 By: /s/[1]_____
Sara Winslow

4                                 Assistant United States Attorney

5

6 PURSUANT TO STIPULATION, IT IS SO ORDERED.

7

8 DATE: __3/28/06_____ _____
Samuel Conti

9                                 United States District Judge

*(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, signed Judge Samuel Conti)*

---

[1] This is as communicated by facsimile to the filer. The original (with hand signature) of this is held by the signer.

*Stip/Order Pf's xtn - Lee v Comm'r SSA C-05-4638 SC*      2